Mary E. Bacon, Esq. (NV Bar No. 12686)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: mbacon@spencerfane.com
*Attorneys for Defendants MetLife, Inc. and
Metropolitan Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEROY ATKINS and GERALDINE ATKINS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, and BRIGHTHOUSE FINANCIAL, INC.,<br><br>Defendants. | Case No. 2:19-cv-02004-RFB-NJK<br><br>**STIPULATION AND ORDER CONCERNING FILING OF AMENDED COMPLAINT AND EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs Leroy Atkins and Geraldine Atkins (jointly, "Plaintiffs") and Defendants MetLife, Inc., Metropolitan Life Insurance Company (jointly, "MetLife"), and Brighthouse Financial, Inc. ("Brighthouse") (collectively, the "Parties") stipulate and agree as follows:

1. On November 18, 2019, Plaintiffs filed a Class Action Complaint (the "Complaint") against MetLife and Brighthouse (jointly, "Defendants").

2. The deadline for MetLife to answer or otherwise respond to the Complaint is February 7, 2020.

3. The deadline for Brighthouse to answer or otherwise respond to the Complaint is February 14, 2020.

4. On February 3, 2020, Plaintiffs filed an Unopposed Motion to Add Party Defendant Brighthouse Life Insurance Company ("BLIC") (the "Unopposed Motion"). (ECF No. 15.)

5. On February 5, 2020, the Court granted Plaintiffs' Unopposed Motion and ordered that "Plaintiffs shall promptly file and serve the amended complaint." (ECF No. 21.)

1005911129v1

6. The Parties stipulate and agree that Plaintiff shall file an amended complaint pursuant to the Court's order ("Amended Complaint") within one week of the Court's order .

7. Good cause exists to confirm the Plaintiffs' deadline to file an amended complaint to February 12, 2020 as Plaintiffs' counsel will need approval from Plaintiffs prior to filing.

8. Given the filing of an Amended Complaint, the Parties stipulate and agree that Defendants need not answer or otherwise respond to the Complaint.

9. Good cause exists to confirm to vacate Defendants' deadlines to respond to the Complaint as the Plaintiffs will file an Amended Complaint on or before February 12, 2020—making any response to the Complaint moot.

10. By entering into this stipulation, the Parties do not waive any rights or defenses that could be asserted pursuant to the Federal Rules of Civil Procedure or otherwise.

11. This is the first request to confirm the timing of the filing Plaintiffs' Amended Complaint and the Defendants' responsive pleading dates in this matter.[1]

IT IS SO ORDERED.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: \_\_February 6, 2020_____

Dated: February 5, 2020

Respectfully submitted,

*/s Nathaniel Orenstein*_____
John P. Aldrich
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com

---

[1] A previous request to extend the briefing schedule to respond to Plaintiffs' complaint was made on February 3, 2020. (ECF 16.) That stipulation was denied without prejudice on February 5, 2020. (ECF No. 22.)

1005911129v1

| | |
|---|---|
| | Norman Berman (*pro hac vice*)<br>Nathaniel L. Orenstein (*pro hac vice*)<br>**BERMAN TABACCO**<br>One Liberty Square<br>Boston, MA 02109<br>Tel:   (619) 525-3990<br>Fax:   (619) 525-3991<br>nberman@bermantabacco.com<br>norenstein@bermantabacco.com<br><br>*Attorneys for Plaintiffs Leroy Atkins and Geraldine Atkins* |
| Dated: February 5, 2020. | */s Mary Bacon*<br>―――――――――――――――<br>Mary E. Bacon<br>**SPENCER FANE LLP**<br>300 South Fourth Street<br>Suite 950<br>Las Vegas, NV 89101<br>Tel:   (702) 408-3400<br>Fax:   (702) 408-3401<br>mbacon@spencerfane.com<br><br>Maeve O'Connor<br>Elliot Greenfield<br>**DEBEVOISE & PLIMPTON LLP**<br>919 Third Avenue<br>New York, NY 10022<br>Tel:   (212) 909-6000<br>Fax:   (212) 909-6836<br>moconnor@debevoise.com<br>egreenfield@debevoise.com<br><br>*Attorneys for Defendants MetLife, Inc. and Metropolitan Life Insurance Company* |
| Dated: February 5, 2020. | */s Paul Williams*<br>―――――――――――――――<br>Dennis L. Kennedy (Nev. Bar No. 1462)<br>Paul C. Williams (Nev. Bar No. 12524)<br>Rebecca L. Crooker (Nev. Bar No. 15202)<br>**BAILEY KENNEDY, LLP**<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br>Tel:   (702) 562-8820<br>Fax:   (702) 562-8821<br>DKennedy@BaileyKennedy.com<br>PWilliams@BaileyKennedy.com<br>RCrooker@BaileyKennedy.com<br><br>Joseph M. McLaughlin (*pro hac* forthcoming)<br>Joshua C. Polster (*pro hac* forthcoming)<br>Amy Dawson (*pro hac* forthcoming) |

1005911129v1

| | |
|---|---|
| 1 | |
| 2 | **SIMPSON THACHER & BARTLETT LLP**<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br>jmclaughlin@stblaw.com<br>joshua.polster@stblaw.com<br>amy.dawson@stblaw.com |
| 3 | |
| 4 | |
| 5 | *Attorneys for Defendant Brighthouse Financial, Inc.* |

4