DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
REBECCA L. CROOKER
Nevada Bar No. 15202
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
dkennedy@baileykennedy.com
pwilliams@baileykennedy.com
rcrooker@baileykennedy.com

JOSEPH M. MCLAUGHLIN (*pro hac vice application forthcoming*)
JOSHUA C. POLSTER (*pro hac vice application forthcoming*)
AMY DAWSON (*pro hac vice application forthcoming*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
jmclaughlin@stblaw.com
joshua.polster@stblaw.com
amy.dawson@stblaw.com

*Attorneys for Defendants Brighthouse Financial, Inc. and*
*Brighthouse Life Insurance Company*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEROY ATKINS and GERALDINE ATKINS, individually and on behalf of all those similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>METLIFE, INC.; METROPOLITAN LIFE INSURANCE COMPANY; BRIGHTHOUSE FINANCIAL, INC.; and BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>      Defendants. | Case No. 2:19-cv-02004-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**(First Request)** |

   Pursuant to LR IA 6-1, Plaintiffs Leroy Atkins and Geraldine Atkins (jointly, "Plaintiffs")

and Defendants MetLife, Inc., Metropolitan Life Insurance Company (jointly, "MetLife"),

Brighthouse Financial, Inc. ("Brighthouse Inc."), and Brighthouse Life Insurance Company ("BLIC") (collectively, the "Parties") stipulate and agree as follows:

1. On November 18, 2019, Plaintiffs filed a Class Action Complaint (the "Initial Complaint") against MetLife and Brighthouse (collectively, "Defendants"). (ECF No. 1.)

2. On February 3, 2020, Plaintiffs filed an Unopposed Motion to Add Party Defendant Brighthouse Life Insurance Company (BLIC) (the "Unopposed Motion"). (ECF No. 15.)

3. On February 5, 2020, the Court granted Plaintiffs' Unopposed Motion and ordered that "Plaintiffs shall promptly file and serve the amended complaint." (ECF No. 21.)

4. On February 6, 2020, this Court entered a Stipulation and Order Concerning Filing of Amended of Complaint and Extending Deadline for Defendants to Respond, which provided Plaintiff until February 12, 2020, to file an amended complaint and vacated the Defendants' deadline to respond to the Initial Complaint. (ECF No. 24.)

5. On February 12, 2020, Plaintiffs filed an Amended Class Action Complaint (the "Amended Complaint"), adding BLIC as a party. (ECF No. 26.)

6. Currently, MetLife's and Brighthouse Inc.'s deadline to respond to the Amended Complaint is February 26, 2020. *See* Fed. R. Civ. P. 15(a)(3).

7. On February 21, 2020, Plaintiff requested that BLIC waive service of the Amended Complaint and Summons.

8. Pursuant to the waiver of service signed by BLIC, BLIC's deadline to respond to the Amended Complaint is April 21, 2020.

9. The Parties stipulate and agree to make the deadline for all Defendants to respond to the Amended Complaint to March 20, 2020, which reflects an extension for Brighthouse Inc. and MetLife and a shortening of the response time period for BLIC.

10. If Defendants file dispositive motions with respect to the Amended Complaint, then Plaintiffs shall file their response or an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1) on or before May 1, 2020 and Defendants shall file their reply briefs on or before May 22, 2020.

1    11.    Good cause exists to extend the deadlines.  MetLife and Brighthouse Inc. currently

2    have a different deadline to respond to the Amended Complaint than BLIC.  However, Defendants

3    expect that similar issues will be raised across briefing for all Defendants such that it would be most

4    efficient to set a single response deadline.  Further, Brighthouse Inc. and BLIC expect that if a single

5    response deadline is set they will be able to file a single consolidated brief.  Additionally, the

6    Amended Complaint raises six causes of action arising under theories of tort and contract liability, as

7    well as alleging putative class action claims.  Defendants also expect that their motions to dismiss

8    will involve arguments for lack of personal jurisdiction.  In light of the numerous complex issues

9    raised in this matter, the multiple parties involved, and the fact that the Defendants would otherwise

10    be proceeding on different schedules, good cause exists to make the deadline for all Defendants to

11    respond to the Amended Complaint March 20, 2020. ~~for Plaintiffs to oppose or otherwise respond~~

12    ~~May 1, 2020, and, if Plaintiffs oppose, for Defendants to reply May 22, 2020.~~

13    / / /

14    / / /

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

12.     This is the first request to extend time, is made in good faith, and will not impact any other deadlines.

Dated this 24th day of February, 2020.

**BAILEY❖KENNEDY**

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    PAUL C. WILLIAMS
    REBECCA L. CROOKER

    **SIMPSON THACHER & BARTLETT LLP**
    JOSEPH M. MCLAUGHLIN
    JOSHUA C. POLSTER
    AMY DAWSON
*Attorneys for Defendants Brighthouse*
*Financial, Inc. and Brighthouse Life*
*Insurance Company*

Dated this 24th day of February, 2020.

**SPENCER FANE LLP**

By: /s/ Mary E. Bacon
    MARY E. BACON (Nev. Bar No. 12686)
    300 South Fourth Street, Suite 950
    Las Vegas, Nevada 89101
    Telephone: (702) 408-3400
    Facsimile: (702) 408-3401
    mbacon@spencerfane.com

    **DEBEVOISE & PLIMPTON LLP**
    MAEVE O'CONNOR (*pro hac forthcoming*)
    ELLIOT GREENFIELD (*pro hac forthcoming*)
    919 Third Avenue
    New York, New York 10022
    Telephone: (212) 909-6000
    Facsimile: (212) 909-6836
    moconnor@debevoise.com
    egreenfield@debevoise.com
*Attorneys for MetLife, Inc. and Metropolitan*
*Life Insurance Company*

Dated this 24th day of February, 2020.

**ALDRICH LAW FIRM, LTD.**

By: /s/ John P. Aldrich
    JOHN P. ALDRICH (Nev. Bar No. 6877)
    7866 West Sahara Avenue
    Las Vegas, NV 89117
    Telephone: (702) 853-5490
    Facsimile: (702) 227-1975
    jaldrich@johnaldrichlawfirm.com

    **BERMAN TABACCO**
    NORMAN BERMAN (*pro hac vice*)
    NATHANIEL L. ORENSTEIN (*pro hac vice*)
    One Liberty Square
    Boston, Massachusetts 02109
    Telephone: (617) 542-8300
    Facsimile: (617) 542-1194
    nberman@bermantabacco.com
    norenstein@bermantabacco.com
*Attorneys for Plaintiffs Leroy Atkins and*
*Geraldine Atkins*

IT IS SO ORDERED.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  February 25, 2020

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820