JOHN P. ALDRICH
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Tel:     (702) 853-5490
Fax:     (702) 227-1975
jaldrich@johnaldrichlawfirm.com

NORMAN BERMAN (*pro hac vice*)
NATHANIEL L. ORENSTEIN (*pro hac vice*)
**BERMAN TABACCO**
One Liberty Square
Boston, Massachusetts 02109
Tel:     (617) 542-8300
Fax:     (617) 542-1194
nberman@bermantabacco.com
norenstein@bermantabacco.com

*Attorneys for Plaintiffs*

*[Additional counsel appear on signature page.]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEROY ATKINS and GERALDINE ATKINS, individually and on behalf of all those similarly situated, | Case No. 2:19-cv-02004-RFB-NJK |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME REGARDING BRIEFING SCHEDULE ON MOTIONS TO DISMISS [ECF Nos. 45, 46]** |
| METLIFE, INC., METROPOLITAN LIFE INSURANCE COMPANY, BRIGHTHOUSE FINANCIAL, INC., and BRIGHTHOUSE LIFE INSURANCE COMPANY, | **(First Request)** |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiffs Leroy Atkins and Geraldine Atkins (jointly, "Plaintiffs") and Defendants MetLife, Inc., Metropolitan Life Insurance Company, Brighthouse Financial, Inc., and Brighthouse Life Insurance Company ("BLIC") (collectively, the "Parties") stipulate and agree as follows regarding the briefing schedule related to the motions to dismiss filed on March 20, 2020 (ECF Nos. 45, 46):

1.      On November 18, 2019, Plaintiffs filed a Class Action Complaint against MetLife, Inc., Metropolitan Life Insurance Company, and Brighthouse Financial, Inc. (the "Complaint"). (ECF No. 1.)

2. The Complaint was amended on February 12, 2020, to add BLIC as a party (the "Amended Complaint"). (ECF No. 26.)

3. On February 25, 2020, this Court entered a Stipulation and Order for Extension of Time, extending the time for all Defendants to respond to the Amended Complaint to March 20, 2020. (ECF No. 31.)

4. On March 20, 2020, Defendants Brighthouse Financial, Inc. and BLIC filed a Motion to Dismiss (ECF. No. 45), and Defendants MetLife, Inc. and Metropolitan Life Insurance Company filed a Motion to Dismiss (ECF No. 46) (collectively, the "Motions to Dismiss").

5. Currently, Plaintiffs' deadline to respond to both Motions to Dismiss is April 3, 2020. *See* LR 7-2.

6. The Parties stipulate and agree that the deadline for Plaintiffs to respond to both Motions to Dismiss shall be on or before <u>April 17, 2020</u>.

7. The Parties stipulate and agree that Defendants shall file reply briefs on or before <u>May 8, 2020</u>.

8. Good cause exists to extend the deadlines. Plaintiffs' initial Complaint was filed on November 18, 2019. (ECF No. 1.) No new claims were added to the Amended Complaint. (ECF No. 26.) Defendants, therefore, had approximately four months to research and draft their responses to the claims asserted in the Amended Complaint. Plaintiffs' request for a 14-day extension is reasonable in comparison to that amount of time.

9. Good cause also exists because in their Motions to Dismiss, Defendants attached the Group Annuity Contract which is the subject of this matter. Plaintiffs allege that they had not previously obtained a full copy of the contract and need additional time to confer with their counsel on how the terms of the contract may impact their claims.

10. Further good cause exists to extend the deadlines as a result of the impact of the COVID-19 pandemic and the resulting government-ordered business closures, which have created unprecedented disruptions and challenges. *See, e.g.*, Temporary General Order 2020-03 (continuing all civil and criminal trials due to COVID-19 pandemic); Temporary General Order 2020-04 (closing Clerk's office

to the public and issuing a directive to limit in-person court appearances). These challenges impact the Parties and their counsel in this this action—requiring additional time to prepare the responses to the Motions to Dismiss and the reply briefs.

11. This is the first request to extend the deadlines for the responses to the Motions to Dismiss and the reply briefs in support of the same.[1]

12. This request is made in good faith and will not impact any other deadlines.


Dated: March 31, 2020

**ALDRICH LAW FIRM LTD.**

/s/ John P. Aldrich
JOHN P. ALDRICH (Nev. Bar No. 6877)
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com

**BERMAN TABACCO**
NORMAN BERMAN (*pro hac vice*)
NATHANIEL L. ORENSTEIN (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
nberman@bermantabacco.com
norenstein@bermantabacco.com

*Attorneys for Plaintiffs Leroy Atkins and Geraldine Atkins*

Dated: March 31, 2020

**SPENCER FANE LLP**

/s/ Mary E. Bacon
MARY E. BACON (Nev. Bar No. 12686)
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
Tel: (702) 408-3400
Fax: (702) 408-3401
mbacon@spencerfane.com

**DEBEVOISE & PLIMPTON LLP**
MAEVE O'CONNOR (*pro hac* forthcoming)
ELLIOT GREENFIELD (*pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
mloconnor@debevoise.com
egreenfield@debevoise.com

*Attorneys for Defendants MetLife, Inc. and Metropolitan Life Insurance Company*

---

[1] The Stipulation and Order for Extension of Time filed on February 24, 2020 (ECF No. 30) included a briefing schedule in the event the Defendants elected to respond to the Amended Complaint with a motion (as opposed to an answer). (*Id.*) The Court granted the extension of time for Defendants to respond to the Amended Complaint. (ECF No. 31.) However, the Court struck the proposed briefing schedule on potential motions. (*Id.*) Accordingly, because the Motions to Dismiss had not been filed at the time that prior stipulation was ordered, and based on the Court's striking of the proposed briefing schedule, the Parties believe that this Stipulation is properly construed as the first request to extend the deadlines to file responses and reply briefs.

3

Dated: March 31, 2020

**BAILEY KENNEDY**

/s/ Paul C. Williams
DENNIS L. KENNEDY (Nev. Bar No. 1462)
PAUL C. WILLIAMS (Nev. Bar No. 12524)
REBECCA L. CROOKER (Nev. Bar No. 15202)
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
Tel:    (702) 562-8820
Fax:    (702) 562-8821
dkennedy@baileykennedy.com
pwilliams@baileykennedy.com
rcrooker@baileykennedy.com

**SIMPSON THACHER & BARTLETT LLP**
JOSEPH M. MCLAUGHLIN (*pro hac vice*)
JOSHUA C. POLSTER (*pro hac vice*)
AMY DAWSON (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Tel:    (212) 455-2000
Fax:    (212) 455-2502
jmclaughlin@stblaw.com
joshua.polster@stblaw.com
amy.dawson@stblaw.com

*Attorneys for Defendants Brighthouse Financial, Inc.
and Brighthouse Life Insurance Company*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  31st day of  March, 2020.